1

2

3

4

5

6                         IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    MORRIS MESTER,                              1:07-cv-00698-AWI-NEW (DLB) PC

10              Plaintiff,

11        vs.                                    ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
12   DR. IGBINOSA, et al.,                       **OR**  FILING FEE WITHIN THIRTY DAYS

13

14            Defendants.
     _____/

15              Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

18   ORDERED that:

19              1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21              2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for

23   this action.  Failure to comply with this order will result in a recommendation that this action be

24   dismissed.

25

26        IT IS SO ORDERED.

27        Dated:   **May 18, 2007**            _____ **/s/ Dennis L. Beck**_____
                                               UNITED STATES MAGISTRATE JUDGE
28