1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MORRIS MESTER,

11          Plaintiff,                    No. 1:07-CV-00698

12

13      vs.

14   DR. IGBINOSA, ET AL.,

15          Defendants.              ORDER

16   _____/

17        Plaintiff Morris Mester ("Plaintiff") is a state prisoner proceeding pro se. Plaintiff seeks

18   relief pursuant to 42 U.S.C. § 1983.  On August 6, 2007, Plaintiff filed a motion for transfer

19   (doc. 12). This motion, however, requests relief and is based on claims not pled in Plaintiff's

20   original complaint.  Thus, Plaintiff's motion for transfer (doc. 12) shall be denied without

21   prejudice.

22

23   DATED: August 8, 2007

24

25                                         /s/ Arthur L. Alarcón
                                           UNITED STATES CIRCUIT  JUDGE
26                                         Sitting by Designation

27

28

                                           1