IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

      Plaintiff,                    No. 1:07-CV-00698 ALA P

vs.

DR. IGBINOSA, et al.,

      Defendants.          <u>ORDER</u>

      Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b), as to certain defendants named in Plaintiff's complaint. If the allegations of the complaint are proven, Plaintiff has a reasonable opportunity to prevail on the merits of this action.

      On June 1, 2007 and August 1, 2007, Plaintiff filed motions requesting a preliminary injunction. The court will deny Plaintiff's motions for preliminary injunctions without prejudice. Except in the most extraordinary of circumstances, the court will not grant injunctive relief unless the party seeking the relief has given actual notice to all parties affected by the relief sought. *See* Local Rule 65-231(a). At this time, the defendants have no notice of the pending action. Once Plaintiff has submitted the documents for service on the defendants, the defendants will be served with a copy of the complaint and are required to respond to Plaintiff's complaint.

At this juncture, however, Plaintiff's motions for preliminary injunctive relief are premature.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Dr. F. Igbinosa, R.N. Smith, M.T.A. Perriera, Dr. Diep, Dr. Vilaysance, Nurse Practitioner L. Doehbing, and M.T.A. Johnson.

2. The Clerk of the Court shall send Plaintiff seven (7) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 10, 2007.

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Eight copies of the endorsed complaint filed May 10, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's June 1, 2007 motion for preliminary injunction (doc. 4) is denied without prejudice.

6. Plaintiff's August 1, 2007 motion for preliminary injunction (doc. 11) is denied without prejudice.

DATED: August 8, 2007

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation