IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

        Plaintiff,                    No. 1:07-CV-00698-ALA P

        vs.

DR. IGBINOSA, ET AL.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff Morris Mester ("Plaintiff") is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On August 17, 2007, Plaintiff filed a motion for leave to amend, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (doc. 15). The Court shall grant Plaintiff's motion. Plaintiff must file his amended complaint on or before September 24, 2007.

DATED: August 23, 2007

                                                        /s/ Arthur L. Alarcón
                                                        UNITED STATES CIRCUIT  JUDGE
                                                        Sitting by Designation