IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

      Plaintiff,                    No. CIV S-07-00698 ALA P

   vs.

DR. IGBINOSA, et al.,

      Defendant.                <u>ORDER</u>

_____/

        Plaintiff Morris Mester is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on May 10, 2007. On August 9, 2007, this court determined that service of process was appropriate for several named defendants. In that order, the court requested that Plaintiff complete the attached Notice of Submission of Documents form as well as one completed summons, one completed USM-285 form for each defendant to be served, and eight copies of the endorsed complaint filed May 10, 2007. Plaintiff was ordered to return all documents to the court. On August 17, 2007, Plaintiff requested leave to amend his complaint. The court granted Plaintiff's request on August 27, 2007.

        This Court has not received the documents necessary to enable service of process on the appropriate defendants nor has the court received Plaintiff's amended complaint. While

1

1 | the time for filing the documents has not lapsed, Plaintiff now requests an emergency injunction.
2 | This court cannot entertain a request for an emergency injunction without notice to the
3 | defendants of these proceedings.
4 |       In view of the above, IT IS HEREBY ORDERED that Plaintiff's request for an
5 | emergency injunction is denied without prejudice to renewal.
6 | DATED: August 30, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation