IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

        Plaintiff,                     No. CIV S-07-00698 ALA P

    vs.

DR. IGBINOSA, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff Morris Mester is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on May 10, 2007. On August 9, 2007, this court determined that service of process was appropriate for several named defendants. In that order, the court requested that Plaintiff complete the attached Notice of Submission of Documents form as well as one completed summons, one completed USM-285 form for each defendant to be served, and eight copies of the endorsed complaint filed May 10, 2007. Plaintiff was ordered to return all documents to the court. On August 17, 2007, Plaintiff requested leave to amend his complaint. The court granted Plaintiff's request on August 27, 2007. On September 4, 2007, Plaintiff filed a motion requesting this court issue an order directing prison officials to ensure that Plaintiff is seen by medical staff not named in this lawsuit. Plaintiff also filed a motion to withdraw his request to amend his complaint.

1       Plaintiff's motion to withdraw his request to amend his compliant is granted.
2 However, this court has no authority to direct the actions of parties not before the court.  Again,
3 Plaintiff is informed that this Court has not received the documents necessary to enable service
4 of process on the appropriate defendants.  Plaintiff's motion requesting that this court issue an
5 order directing prison officials to ensure that Plaintiff is seen by medical staff not named in this
6 law suit is therefore denied.  Nonetheless, Plaintiff may renew his motion once defendants have
7 been served, and at that time the court will direct the defendants to respond to Plaintiff's motion
8 post haste. However, until defendants have been served with process, this court cannot act on
9 Plaintiff's request.

10       In view of the above, IT IS HEREBY ORDERED that:

11       1. Plaintiff's motion concerning his medical treatment, filed on September 4,
12 2007 is denied, but maybe renewed at a later date; and

13       2. Plaintiff's motion to withdraw his request to amend his complaint is granted.

14 DATED: September 7, 2007

        /s/ Arthur L. Alarcón
        UNITED STATES CIRCUIT JUDGE
        Sitting by Designation