IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

     Plaintiff,                   1:07-cv-00698 ALA P

    vs.

DR. IGBINOSA, et al.,

     Defendants.         <u>ORDER</u>

_____/

     Plaintiff Morris Mester is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

     Plaintiff has filed multiple requests for preliminary and emergency injunctions.  In those filings Plaintiff claims that he is suffering reprisals because of the filling of this lawsuit and that his medical conditions are going untreated.  In his latest filing, Plaintiff claims to be suffering from "severe recurrent abdominal cramps, to where [he is] vomiting up foods (sic)" and that he cannot keep any food down.

     The court construes this filing as a request for injunctive relief.  The court intends to act on Plaintiff's request for injunctive relief within two weeks from the date of this order.  If Defendants wish to take any position with respect to Plaintiff's request, they may do so within ten (10) days from the date of this order.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. Defendants are granted ten (10) days from the date of this order to file a

3 response to Plaintiff's request for injunctive relief;

4    2. The Clerk of the Court is directed to send Louis Vasquez, Supervising Deputy

5 Attorney General, a copy of the instant order; and

6    3. The Clerk of the Court is directed to send a copy of the instant order to each

7 defendant at Pleasant Valley State Prison, P.O. Box 8500, Coalinga, CA 93210.

8 /////

9 DATED: November 9, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation