IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

        Plaintiff,               No. 1:07-cv-00698 ALA P

    vs.

DR. IGBINOSA, et al.,

        Defendants.       <u>ORDER</u>

_____/

       Plaintiff Morris Mester is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Defendants have requested an extension of time to respond to the court's November 9, 2007 order.  Good cause appearing, Defendants are granted an additional thirty-five (35) days from the date of this order to file their response.

       **IT IS SO ORDERED.**

/////

DATED: November 20, 2007

                                  /s/ Arthur L. Alarcón
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation