UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MORRIS MESTER, | ) | 1:07-cv-00698 ALA PC |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| DR. IGBINOSA, et al., | ) | |
| Defendants. | ) | |

Plaintiff Morris Mester is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2007, Plaintiff filed a motion for emergency injunctive relief. He alleges that Defendant Dr. Igbinosa is intentionally killing him by denying him treatment because of his serious physical ailments. On November 26, 2007, Mr. Mester filed another motion for injunctive relief. The Court intends to act on Mr. Mester's current requests for injunctive relief on or before January 3, 2007.

Accordingly, IT IS HEREBY ORDERED that Defendants file a response to Mr. Mester's November 21, 2007, and November 26, 2007, requests for emergency injunctive relief on or before December 26, 2007.

/////

DATED: November 28, 2007

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation