IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

       Plaintiff,                 No. 1:07-cv-00698 ALA PC

  vs.

DR. IGBINOSA, et al.,

       Defendant.              ORDER

_____/

**I**

Plaintiff Morris Mester is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed two motions for injunctive relief on November 21, 2007, and November 26, 2007. On December 21, 2007, Defendants filed an opposition to Plaintiff's motion. In the opposition, Defendants explained that on November 29, 2007, Plaintiff was transferred from the Pleasant Valley State Prison ("PVSP") to the California Men's Colony ("CMC") making his request for injunctive relief against PVSP moot. The court agrees with Defendants. *See, e.g., Barahona-Gomez v. Reno*, 167 F.3d 1228, 1234 (9th Cir. 1999) ("A preliminary injunction is not a preliminary adjudication on the merits, but a device for preserving the status quo and preventing the irreparable loss of rights before judgment.") Therefore, Plaintiff's motion for injunctive relief is denied as moot.

///

**II**

On December 17, 2007, Plaintiff filed a new motion for a preliminary injunction. Defendants are directed to file a response to Plaintiff's December 12, 2007, motion within twenty-one (21) days of this order.

///

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions for injunctive relief filed on November 21, 2007, and November 26, 2007, respectively, are denied.
2. Defendants are directed to file a response to Plaintiff's motion for a preliminary injunction filed on December 17, 2007, within twenty-one (21) days of this order.

///

DATED: January 3, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation