1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11   MORRIS MESTER,

12            Plaintiff,                    No. 1:07-cv-00698 ALA PC

13        vs.

14   DR. IGBINOSA, et al.,

15            Defendants.           <u>ORDER</u>

16   _____/

17        Plaintiff Morris Mester is a state prisoner proceeding pro se and in forma pauperis with a

18   civil rights action pursuant to 42 U.S.C. § 1983.  On December 17, 2007, plaintiff filed a motion

19   seeking a preliminary injunction against persons at the California Men's Colony ("CMC").  On

20   January 24, 2008, defendants filed an opposition to plaintiff's motion.

21        In their opposition, defendants stated that on November 29, 2007, plaintiff was

22   transferred from Pleasant Valley State Prison ("PVSP") to CMC.  Defendants in this action are

23   all employees of PVSP.  No defendant named in this action is employed at CMC.  The court

24   therefore lacks jurisdiction to act on plaintiff's motion.

25        Accordingly, IT IS HEREBY ORDERED that plaintiff's December 17, 2007, motion for

26   injunctive relief is DENIED.

27   DATED: January 29, 2008              /s/ Arthur L. Alarcón
                                          _____
                                          UNITED STATES CIRCUIT  JUDGE
28                                        Sitting by Designation

1