IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MORRIS MESTER,

        Plaintiff,                    No. 1:07-cv-00698 ALA PC

    vs.

DR. IGBINOSA, et al.,

        Defendant.                ORDER

_____/

      Plaintiff Morris Mester is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion to dismiss his case because he has been transferred to a different facility. Good cause showing, it is hereby **ORDERED** that Plaintiff's motion for voluntarily dismissal is granted and the case is dismissed without prejudice.

/////

DATED: February 5, 2008

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation